**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Ronald** | **C** | **Herschbach** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | **Northern** | District of: | **Illinois** (state) |
| Case number (if known) | **22-02314** | | |

☐ Check if this is an amended plan, and list below the sections of the plan that have been changed

Official Form 113

# Chapter 13 Plan

12/17

## Part 1: Notices

**To Debtors:** This form sets out options that may be appropriate in some cases, but the presence of an option on the form does not indicate that the option is appropriate in your circumstances or that it is permissible in your judicial district. Plans that do not comply with local rules and judicial rulings may not be confirmable.

*In the following notice to creditors, you must check each box that applies.*

**To Creditors:** Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated.

You should read this plan carefully and discuss it with your attorney if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

If you oppose the plan's treatment of your claim or any provision of this plan, you or your attorney must file an objection to confirmation at least 7 days before the date set for the hearing on confirmation, unless otherwise ordered by the Bankruptcy Court. The Bankruptcy Court may confirm this plan without further notice if no objection to confirmation is filed. See Bankruptcy Rule 3015. In addition, you may need to file a timely proof of claim in order to be paid under any plan.

The following matters may be of particular importance. **Debtors must check one box on each line to state whether or not the plan includes each of the following items. If an item is checked as "Not Included" or if both boxes are checked, the provision will be ineffective if set out later in the plan.**

| | | Included | Not included |
|---|---|---|---|
| 1.1 | A limit on the amount of a secured claim, set out in Section 3.2, which may result in a partial payment or no payment at all to the secured creditor | ☐ | ☑ |
| 1.2 | Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest, set out in Section 3.4 | ☐ | ☑ |
| 1.3 | Nonstandard provisions, set out in Part 8 | ☐ | ☑ |

## Part 2: Plan Payments and Length of Plan

**2.1 Debtor(s) will make regular payments to the trustee as follows:**

$1,945.00 per month for 36 month(s)

If fewer than 60 months of payments are specified, additional monthly payments will be made to the extent necessary to make the payments to creditors specified in this plan.

| Debtor 1 | Ronald | C | Herschbach | Case number | 22-02314 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | (if known) | |

### 2.2 Regular payments to the trustee will be made from future income in the following manner:

*Check all that apply.*

☑ Debtor(s) will make payments pursuant to a payroll deduction order.
☐ Debtor(s) will make payments directly to the trustee.
☐ Other (specify method of payment):

### 2.3 Income tax refunds.

*Check one.*

☑ Debtor(s) will retain any income tax refunds received during the plan term.
☐ Debtor(s) will supply the trustee with a copy of each income tax return filed during the plan term within 14 days of filing the return and will turn over to the trustee all income tax refunds received during the plan term.
☐ Debtor(s) will treat income tax refunds as follows:

### 2.4 Additional payments.

*Check one.*

☑ **None.** *If "None" is checked, the rest of § 2.4 need not be completed or reproduced.*

### 2.5 The total amount of estimated payments to the trustee provided for in §§ 2.1 and 2.4 is $70,020.00

## Part 3: Treatment of Secured Claims

### 3.1 Maintenance of payments and cure of default, if any.

*Check all that apply.*

☐ **None.** *If "None" is checked, the rest of § 3.1 need not be completed or reproduced.*

☑ The debtor(s) will maintain the current contractual installment payments on the secured claims listed below, with any changes required by the applicable contract and noticed in conformity with any applicable rules. These payments will be disbursed either by the trustee or directly by the debtor(s), as specified below. Any existing arrearage on a listed claim will be paid in full through disbursements by the trustee, with interest, if any, at the rate stated. Unless otherwise ordered by the court, the amounts listed on a proof of claim filed before the filing deadline under Bankruptcy Rule 3002(c) control over any contrary amounts listed below as to the current installment payment and arrearage. In the absence of a contrary timely filed proof of claim, the amounts stated below are controlling. If relief from the automatic stay is ordered as to any item of collateral listed in this paragraph, then, unless otherwise ordered by the court, all payments under this paragraph as to that collateral will cease, and all secured claims based on that collateral will no longer be treated by the plan. The final column includes only payments disbursed by the trustee rather than by the debtor(s).

| Name of creditor | Collateral | Current installment payment (including escrow) | Amount of arrearage (if any) | Interest rate on arrearage (if applicable) | Monthly plan payment on arrearage | Estimated total payments by trustee |
|---|---|---|---|---|---|---|
| Wilmington Savings Fund Society Fay Servicing, Llc | 16637 W Seneca Dr, Lockport, IL 60441 | $1,405.09 <br> Disbursed by: <br> ☐ Trustee <br> ☑ Debtor(s) | $46,453.54 | 0.00% | $0.00 | $46,453.54 |

| Debtor 1 | **Ronald** | **C** | **Herschbach** | Case number | **22-02314** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | (if known) | |

**3.2  Request for valuation of security, payment of fully secured claims, and modification of undersecured claims.**

*Check one.*
☑ **None.** *If "None" is checked, the rest of § 3.2 need not be completed or reproduced.*
   ***The remainder of this paragraph will be effective only if the applicable box in Part 1 of this plan is checked.***

**3.3  Secured claims excluded from 11 U.S.C. § 506.**

*Check one.*
☑ **None.** *If "None" is checked, the rest of § 3.3 need not be completed or reproduced.*

| Debtor 1 | **Ronald** | **C** | **Herschbach** | Case number | **22-02314** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | (if known) | |

**3.4  Lien avoidance.**

*Check one.*
- [✓] **None.** *If "None" is checked, the rest of § 3.4 need not be completed or reproduced.*
  **The remainder of this paragraph will be effective only if the applicable box in Part 1 of this plan is checked.**

**3.5  Surrender of collateral.**

*Check one.*
- [✓] **None.** *If "None" is checked, the rest of § 3.5 need not be completed or reproduced.*

Official Form 113 **Chapter 13 Plan** page 4

| Debtor 1 | **Ronald** | **C** | **Herschbach** | Case number | **22-02314** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | (if known) | |

## Part 4: Treatment of Fees and Priority Claims

**4.1 General**

Trustee's fees and all allowed priority claims, including domestic support obligations other than those treated in § 4.5, will be paid in full without postpetition interest.

**4.2 Trustee's fees**

Trustee's fees are governed by statute and may change during the course of the case but are estimated to be 7.00% of plan payments; and during the plan term, they are estimated to total $4,901.40

**4.3 Attorney's fees**

The balance of the fees owed to the attorney for the debtor(s) is estimated to be $4,150.00

**4.4 Priority claims other than attorney's fees and those treated in § 4.5.**

*Check one.*
[✓] **None.** *If "None" is checked, the rest of § 4.4 need not be completed or reproduced.*

**4.5 Domestic support obligations assigned or owed to a governmental unit and paid less than full amount.**

*Check one.*
[✓] **None.** *If "None" is checked, the rest of § 4.5 need not be completed or reproduced.*

## Part 5: Treatment of Nonpriority Unsecured Claims

**5.1 Nonpriority unsecured claims not separately classified.**

Allowed nonpriority unsecured claims that are not separately classified will be paid, pro rata. If more than one option is checked, the option providing the largest payment will be effective. *Check all that apply.*

[✓] The sum of $57,571.00
[ ] 0% of the total amount of these claims, an estimated payment of
[✓] The funds remaining after disbursements have been made to all other creditors provided for in this plan.

If the estate of the debtor(s) were liquidated under chapter 7, nonpriority unsecured claims would be paid approximately $57,571.00 Regardless of the options checked above, payments on allowed nonpriority unsecured claims will be made in at least this amount.

| Debtor 1 | **Ronald** | **C** | **Herschbach** | Case number | **22-02314** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | (if known) | |

**5.2  Maintenance of payments and cure of any default on nonpriority unsecured claims.** *Check one.*

☑ **None.** *If "None" is checked, the rest of § 5.2 need not be completed or reproduced.*

**5.3  Other separately classified nonpriority unsecured claims.** *Check one.*

☑ **None.** *If "None" is checked, the rest of § 5.3 need not be completed or reproduced.*

| Debtor 1 | **Ronald** | **C** | **Herschbach** | Case number | **22-02314** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | (if known) | |

## Part 6: Executory Contracts and Unexpired Leases

**6.1** The executory contracts and unexpired leases listed below are assumed and will be treated as specified. All other executory contracts and unexpired leases are rejected. *Check one.*

☑ **None.** *If "None" is checked, the rest of § 6.1 need not be completed or reproduced.*

## Part 7: Vesting of Property of the Estate

**7.1** Property of the estate will vest in the debtor(s) upon.

*Check the applicable box:*

☑ plan confirmation.
☐ entry of discharge
☐ other

## Part 8: Nonstandard Plan Provisions

**8.1** Check "None" or List Nonstandard Plan Provisions

☑ **None.** *If "None" is checked, the rest of Part 8 need not be completed or reproduced.*

## Part 9: Signature(s):

**9.1** Signatures of Debtor(s) and Debtor(s)' Attorney

If the Debtor(s) do not have an attorney, the Debtor(s) must sign below; otherwise the Debtor(s) signatures are optional. The attorney for the Debtor(s), if any, must sign below.

| ✗ _____ | ✗ _____ |
|---|---|
| Signature of Debtor 1 | Signature of Debtor 2 |
| Executed on _____ | Executed on _____ |
| MM / DD / YYYY | MM / DD / YYYY |

| ✗ /s/ Yisroel Y Moskovits | Date | 2/28/2022 |
|---|---|---|
| Signature of Attorney for Debtor(s) | | MM / DD / YYYY |

**By filing this document, the Debtor(s), if not represented by an attorney, or the Attorney for Debtor(s) also certify(ies) that the wording and order of the provisions in this Chapter 13 plan are identical to those contained in Official Form 113, other than any nonstandard provisions included in Part 8.**

# Exhibit: Total Amount of Estimated Trustee Payments

The following are the estimated payments that the plan requires the trustee to disburse. If there is any difference between the amounts set out below and the actual plan terms, the plan terms control.

| | | |
|---|---|---:|
| a. | **Maintenance and cure payments on secured claims** *(Part 3, Section 3.1 total)* | $46,453.54 |
| b. | **Modified secured claims** *(Part 3, Section 3.2 total)* | $0.00 |
| c. | **Secured claims excluded from 11 U.S.C. § 506** *(Part 3, Section 3.3 total)* | $0.00 |
| d. | **Judicial liens or security interests partially avoided** *(Part 3, Section 3.4 total)* | $0.00 |
| e. | **Fees and priority claims** *(Part 4 total)* | $9,051.40 |
| f. | **Nonpriority unsecured claims** *(Part 5, Section 5.1, highest stated amount)* | $57,571.00 |
| g. | **Maintenance and cure payments on unsecured claims** *(Part 5, Section 5.2 total)* | $0.00 |
| h. | **Separately classified unsecured claims** *(Part 5, Section 5.3 total)* | $0.00 |
| i. | **Trustee payments on executory contracts and unexpired leases** *(Part 6, Section 6.1 total)* | $0.00 |
| j. | **Nonstandard payments** *(Part 8, total)* | + $0.00 |
| | **Total of lines a through j** | $113,075.94 |

United States Bankruptcy Court

Northern District of Illinois

In re:                                                                                                                                          Case No. 22-02314-LAH

Ronald C Herschbach                                                                                Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1                                  User: admin                                             Page 1 of 2

Date Rcvd: Mar 01, 2022                         Form ID: pdf001                                Total Noticed: 32

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 03, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ronald C Herschbach, 16637 W Seneca Dr, Lockport, IL 60441-4270 |
| 29680984 | + | Cach Llc, C/O Mandarich Law Group Llp, 420 N Wabash #400, Chicago, IL 60611-3542 |
| 29680978 | + | City Of Chicago Department Of Finance, 333 South State Street Suite 330, Chicago, IL 60604-3965 |
| 29680975 | + | Codilis And Associates, 15w030 N. Frontage Rd, Willowbrook, IL 60527-6921 |
| 29680986 | + | Dupage Medical Group, 1100 W. 31st Street, Downers Grove, IL 60515-5512 |
| 29680976 | + | Heart Care Center Of Illinois, P.O. Box 102594, Patient Bill Processing, Atlanta, GA 30368-2594 |
| 29680990 | + | Midwest Orthopaedics At Rush, 1611 W Harrison St, Chicago, IL 60612-4861 |
| 29680991 | + | Millennia Patient Services, Po Box 33603, Detroit, MI 48232-5603 |
| 29680992 | + | Minuteclinic Diagnostic Of Illinois, P.O. Box 14000, Belfast, ME 04915-4033 |
| 29680993 | + | Northwestern Medicine, Po Box 83239, Chicago, IL 60691-0239 |
| 29680995 | + | Silver Cross Hospital, 1900 Silver Cross Blvd, New Lenox, IL 60451-9509 |
| 29680996 | + | Us Department Of Education /Glelsi, 2401 International Ln, Madison, WI 53704-3121 |
| 29680997 | + | Web Bank, P O Box 23065, Columbus, GA 31902-3065 |
| 29680998 | + | Wells Fargo Bank, P.O. BOX 10438, Des Moines, IA 50306-0438 |
| 29680982 | + | Wilmington Savings Fund Society Fay Servicing, Llc, 440 S. Lasalle Street, Suite 2000, Chicago, IL 60605-5011 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 29680970 | | Email/Text: ebn@americollect.com | Mar 01 2022 22:25:00 | Americollect Inc, 1851 S Alverno Rd, Manitowoc, WI 54220 |
| 29680980 | + | Email/PDF: bncnotices@becket-lee.com | Mar 01 2022 22:37:27 | American Express National Bank, P O Box 650448, Dallas, TX 75265-0448 |
| 29680981 | + | Email/Text: g20956@att.com | Mar 01 2022 22:25:00 | At&T Mobility Ii Llc, One At&T Way, Room 3a104, C/O At&T Services, Inc. Karen A. Cavagna, Bedminster, NJ 07921-2693 |
| 29680971 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 01 2022 22:37:25 | Capital One Bank Usa N, PO Box 85520, Richmond, VA 23285 |
| 29680973 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 01 2022 22:24:00 | Comenitybank/Meijer, P.O. Box 182273, Columbus, OH 43218-2273 |
| 29680974 | + | Email/Text: admin@fcs2collect.com | Mar 01 2022 22:25:00 | Fincntrl Svc, P O Box 668 N114 W19225 Clinton, Germantown, WI 53022-0668 |
| 29680988 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Mar 01 2022 22:37:26 | First Premier Bank, 601 S Minnesota Ave, Sioux Falls, SD 57104-4868 |
| 29681000 | | Email/Text: rev.bankruptcy@illinois.gov | Mar 01 2022 22:24:00 | Idor-Bankruptcy Section, P.O. Box 19035, C/O Bankruptcy Unit, Springfield, IL 62794 |
| 29680999 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 01 2022 22:24:00 | IRS, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 29680977 | + | Email/Text: bankruptcy@getipass.com | | |

Case 22-02314  Doc 12  Filed 03/03/22  Entered 03/03/22 23:18:02  Desc Imaged
Certificate of Notice  Page 10 of 10

| District/off: 0752-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Mar 01, 2022 | Form ID: pdf001 | Total Noticed: 32 |

| | | | | |
|---|---|---|---|---|
| | | | Mar 01 2022 22:24:00 | Illinois Tollway, 2700 Ogden Ave, Legal Dept, Downers Grove, IL 60515-1703 |
| 29680985 | | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 01 2022 22:37:22 | Chase, P.O. BOX 901003 CREDIT BUREAU DISP, FORT WORTH, TX 76101 |
| 29680983 | | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 01 2022 22:37:04 | Chase Auto Finance, P.O. Box 15298, Wilmington, DE 19850 |
| 29680989 | + | Email/Text: maciulpa@lewisu.edu | Mar 01 2022 22:25:00 | Lewis University, 1 University Pkwy, Romeoville, IL 60446-1832 |
| 29680979 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 01 2022 22:24:00 | Midland Funding, Llc, P.O. Box 2011, Warren, MI 48090-2011 |
| 29680972 | | Email/Text: usbknotice@ncc.us | Mar 01 2022 22:24:00 | Nationwide Credit & Co, PO BOX 3219, Hinsdale, IL 60522-3219 |
| 29680969 | + | Email/Text: bknick@nicfn.com | Mar 01 2022 22:24:00 | Nicholas Fin, 2454 Mcmullen Booth Rd # 501-B, Clearwater, FL 33759-1341 |
| 29680994 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 01 2022 22:37:32 | Sears/Cbna, P.O. Box 6282, Sioux Falls, SD 57117-6282 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 29680987 | ##+ | Em Strategies, P.O. Box 487, Bedford Park, IL 60499-0487 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 03, 2022  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 28, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Patrick S Layng | USTPRegion11.ES.ECF@usdoj.gov |
| Yisroel Y Moskovits | on behalf of Debtor 1 Ronald C Herschbach imoskovits@semradlaw.com ilnb.courtview@SLFCourtview.com |

TOTAL: 2